**William SOWELL, Plaintiff–Appellant,**

v.

**Donald C. WINTER, Secretary of the Navy, in his official capacity; et al., Defendants–Appellees.**

No. 08–55140.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed April 7, 2009.

William V. Sowell, Camarillo, CA, pro se.

Joanne Schwartz Osinoff, Assistant U.S., USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendants–Appellees.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

### MEMORANDUM **

William V. Sowell appeals pro se from the district court's order affirming the magistrate judge's order extending the deadline to file a first amended complaint. We dismiss the appeal for lack of jurisdiction because the district court's November 26, 2007 order was not a final appealable order. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir.1997) (en banc) (explaining that an order dismissing a complaint with leave to amend is not a final order).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

